## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 112 MAL 2016
                                :
                  Respondent    :
                                :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
            v.                  :
                                :
                                :
G.F.K.,                         :
                                :
                  Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the decision of this matter.